# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE TENTH CIRCUIT

---

| | |
|---|---|
| IN RE PERSEON CORPORATION, formerly known as BSD Medical Corporation,<br><br>Debtor. | BAP No. UT-16-023 |
| B.E. CAPITAL MANAGEMENT FUND LP,<br><br>Appellant,<br><br>v.<br><br>PERSEON CORPORATION, formerly known as BSD Medical Corporation,<br><br>Appellee. | Bankr. No. 16-24435<br>Chapter 11<br><br><br>ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT |

---

The matter before the Court is the *Optional Appellee Statement of Election to Proceed in District Court* ("Election") filed by Perseon Corporation ("Appellee"). [BAP ECF Doc. No. 17] In the Election, Appellee has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure 8005(b), it is HEREBY ORDERED that:

    (1)    This appeal is transferred to the United States District Court.

    (2)    Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

    (3)    All documents related to this appeal are transmitted to the United States District Court.

For the Panel:

*Blaine F. Bates*

Blaine F. Bates
Clerk of Court